CEYLON H. LEWIS et al., Respondents, *v.* HELEN J. SNOOK, Appellant.

*Lewis* v. *Snook*, 88 App. Div. 343, affirmed.
(Argued May 31, 1904; decided June 14, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 8, 1903, which affirmed an order of Special Term directing that the issues herein be tried before a referee.

The following question was certified: "Was the order made at the Onondaga Special Term herein on June 13, 1903, referring the issues in this action to James B. Brooks, Esq., to hear, try and determine, authorized by the provisions of section 1013 of the Code of Civil Procedure of the State of New York?"

*George H. Sears* for appellant.

*Ceylon H. Lewis* and *Will B. Crowley* for respondents.

Order affirmed, with costs, and question certified answered in affirmative; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.